CHARLES W. NEWMAN, as Administrator with the Will Annexed of EDGAR B. NEWMAN, Deceased, Appellant, *v.* THEODORE REVILLON et al., Respondents.

Argued May 12, 1947; decided May 20, 1947.

*Burgess Osterhout* for motion.
*Henry Hoelljes* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.